# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
MAY 10 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 1:16-MJ-00048-SAB |
| DAVID KHACHO | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: **U.S. DISTRICT COURT, 2500 Tulare Street, Fresno, California**
*Place*

U.S. MAGISTRATE JUDGE BARBARA A. McAULIFFE in Courtroom 8   (unless another courtroom is designated)

on **MAY 18, 2016 at 1:30 PM**
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance and Compliance Bond, if ordered.

**TO U.S. MARSHAL:  DELAY RELEASE from Fresno County jail until Wednesday, May 11, 2016 at 10:00 A.M.. Defendant is ORDERED RELEASE to the Custody of *WestCare* on Wednesday, May 11, 2016 at 10:00 AM to WestCare staff ONLY from Fresno County jail.**

(Copies to:   Defendant;     US Attorney;     US Marshal;     Pretrial Services  -  office shall provide a copy of this Order to defendant)

**KHACHO, David**
**Doc. No. 1:15MJ000048 SAB**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑ (6) The defendant is placed in the custody of:

Name of person or organization: Maryann David.

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: *Maryann David*
CUSTODIAN

☑ (7) The defendant shall:
 ☑ (a) report on a regular basis to the following agency:
  Pretrial Services and comply with their rules and regulations;
 ☑ (b) report telephonically to the Pretrial Services Agency on the first working day following your release from custody;
 ☑ (c) while in inpatient drug treatment at WestCare, you shall be transported either by WestCare staff or Maryann David to all necessary appointments and activities outside of the WestCare facility; in the event of insufficient WestCare staff coverage or the unavailability of Maryann David, the defendant shall be accompanied by a WestCare resident/"buddy" approved by WestCare California, Incorporated;
 ☑ (d) travel restricted to the Eastern District of California, unless otherwise approved in advance by PSO;
 ☑ (e) refrain from possessing a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition, currently under your control;
 ☑ (f) submit to drug or alcohol testing as approved by the Pretrial Services Officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the Pretrial Services Officer;
 ☑ (g) not associate or have any contact with the confidential informant, unless in the presence of counsel or otherwise approved in advance by the PSO;
 ☑ (h) not obtain a passport or other traveling documents during the pendency of this case;
 ☑ (i) you shall participate in the substance abuse treatment program at WestCare California, Inc., and comply with all the rules and regulations of the program. You shall remain at WestCare California, Inc. inpatient facility until released by the pretrial services officer;
 ☑ (j) report any contact with law enforcement to your PSO within 24 hours;
 ☑ (k) upon successful completion of the residential treatment program, you shall reside at an address approved by Pretrial Services and you shall not change your residence or absent yourself from this residence without the prior approval of the pretrial services officer;
 ☑ (l) upon completion of the residential program, you shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;
 ☑ (m) upon completion of the WestCare program, you shall participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay as determined by the PSO. **HOME INCARCERATION:** You shall remain inside your residence at all times except for medical needs or treatment, substance abuse testing, religious services, and court appearances pre-approved by the PSO; and,

<u>USMS SPECIAL INSTRUCTIONS:</u>

 ☑ (n) your release on bond shall be delayed until Wednesday, May 11, 2016, at 10:00am. At which time you will be released from the Fresno County Jail to WestCare Staff for transportation to their facility.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

X _____
*Defendant's Signature*

### Directions to the United States Marshal

(X) The defendant is ORDERED released after processing.

Date: 5/10/16

_____
*Judicial Officer's Signature*

**BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE**
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL