# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **United States of America** <br> vs. <br> **David Khacho** | ) <br> ) <br> ) <br> ) | 1:16-CR-00074-LJO-SKO <br> Case No. <br> 1:16-MJ-00048-SAB-1 |

FILED
JUN 21 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __David Khacho__, have discussed with __Dan Stark__, Supervising Pretrial Officer, adding the following condition(s):

**You shall refrain from ANY use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practioner; and, you shall notify Pretrial Services immediately of any prescribed meidcation(s).**

**All other previously ordered conditions of release, not in conflict with this order, shall remain in full force and effect.**

I consent to this modification of my release conditions and agree to abide by this modification.

_[signed] David Khacho_  5/20/16             _[signed]_  05/20/2016
Signature of Defendant        Date             Pretrial Services Officer   Date
David Khacho                                   Dan Stark

I have reviewed the conditions and concur that this modification is appropriate.

_[signed]_                                    6/14/16
Signature of Assistant United States Attorney                Date
Melanie Alsworth

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signed]_                                    6/16/16
Signature of Defense Counsel                  Date
Marc Days

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on 6/21/2016.
☐ The above modification of conditions of release is *not* ordered.

_[signed]_                                    6/21/2016
Signature of Judicial Officer                 Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services