Marc Days, CA Bar #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
DAVID KHACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 16-cr-00074 LJO-SKO |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE FOR PLACEMENT IN BETTER CHOICES |
| v. | |
| DAVID KHACHO | |
| Defendant. | |

The United States of America, by and through PHILLIP A. TALBERT, Acting United States Attorney, and MELANIE ALSWORTH, Assistant United States Attorney, and the defendant David Khacho, by and through Marc Days, his attorney of record, hereby stipulate and agree to a modification of defendant's conditions of pre trial release to allow defendant to participate in Better Choices. This request follows Magistrate McAulliffe's indication at defendant's detention hearing that defendant would be a good candidate for Better Choices, defendant's subsequent successful completion of Westcare's 90 Men's Residential Program, and pre-trial service's recommendation that the parties submit a stipulation and proposed order to the Court modifying defendant's condition to allow him to attend Better Choices.

///

Dated: August 12, 2016                     PHILLIP A. TALBERT
                                           Acting United States Attorney


                                            /s/ Melanie Alsworth
                                           MELANIE ALSWORTH
                                           Assistant United States Attorney


Dated:  August 12, 2016                     /s/ Marc Days
                                           Marc Days
                                           Attorney for Defendant


**ORDER**

IT IS SO ORDERED.  Defendant's conditions of pretrial release are hereby modified to allow defendant David Khacho to participate in Better Choices.   First BCCP Hearing is set for Wednesday, **September 21, 2016 at 11:00 AM** in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean.


IT IS SO ORDERED.

Dated**:  August 17, 2016**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE