Marc Days, CA Bar #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
DAVID KHACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 16-cr-00074 LJO-SKO |
| Plaintiff, | |
| | STIPULATION TO MODIFY CONDITIONS OF RELEASE ORDER |
| v. | |
| DAVID KHACHO | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Marc Days, Counsel for Defendant David Khacho, and Assistant United States Attorney, Melanie Alsworth, Counsel for Plaintiff that defendant David Khacho shall be allowed to visit his father, Esam Khacho, at Kaiser Hospital, located at 4125 Bangs Avenue, Modesto, California, between the hours of 9am to noon and 4pm to 7pm.  Defendant David Kacho shall notify Pretrial Services prior to making a hospital visit and notify Pretrial Services upon his return from a hospital visit.  Esam Khacho has been hospitalized the last several days with an infection.  Treatment for the infection has been unsuccessful and Esam Khacho is expected to remain hospitalized for a period of time.  David Khacho shall immediately notify Pretrial services upon Esam Khacho's release from the hospital.  The defendant shall comply with all previously imposed conditions of release.

///

IT IS SO STIPULATED.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  August 25, 2016              /s/ *Melanie Alsworth*
                                     MELANIE ALSWORTH
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


Dated:  August 25, 2016              /s/ *Marc Days*
                                     MARC DAYS
                                     Attorneys for Defendant
                                     David Khacho

## ORDER

IT IS HEREBY ORDERED that the conditions of release for defendant David Khacho shall be modified to allow him to visit his father, Esam Khacho, at Kaiser Hospital, located at 4125 Bangs Avenue, Modesto, California, between 9am and noon and 4pm to 7pm.  Defendant David Kacho shall notify Pretrial Services prior to making a hospital visit and notify Pretrial Services upon his return from a hospital visit and immediately notify Pretrial services upon Esam Khacho's release from the hospital. The defendant shall comply with this modification and all previously imposed conditions of pretrial release.

IT IS SO ORDERED.

Dated:  **August 26, 2016**

UNITED STATES MAGISTRATE JUDGE