1  Marc Days, CA Bar #184098
   Days Law Firm
2  2300 Tulare Street, Suite 240
   Fresno, California  93721
3  Telephone: (559) 708-4844

4  Attorney for Defendant,
   DAVID KHACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.:  16-cr-00074 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE TO CURFEW |
| v. | |
| DAVID KHACHO | |
| Defendant. | |

The United States of America, by and through PHILLIP A. TALBERT, Acting United States Attorney, and MELANIE ALSWORTH, Assistant United States Attorney, and the defendant David Khacho, by and through Marc Days, his attorney of record, hereby stipulate and agree to a modification of defendant's conditions of pre trial release to curfew:  restricting defendant to his residence every day from 10:00 p.m. to 6 a.m., or as adjusted by the Pretrial Services office or supervising officer.  Pretrial services is in agreement with the proposed modification.  Defendant has completed Westcare and been compliant with his conditions of release since his release.  All drug tests have been negative, Defendant is participating in counseling twice a month and attends better choices court each month.  Defendant is doing very well.  Curfew would also give Defendant more flexibility with employment.  All other

previously imposed conditions, not in conflict with this order shall remain in full force and effect.

Dated: November 1, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ Melanie Alsworth
MELANIE ALSWORTH
Assistant United States Attorney

Dated:  November 1, 2016

/s/ Marc Days
Marc Days
Attorney for Defendant

# ORDER

IT IS SO ORDERED.  Defendant's conditions of pretrial release are hereby modified to curfew, restricting him to his residence every day from 10:00 p.m. to 6:00 a.m., or as adjusted by the Pretrial Services office or supervising officer.   All other previously imposed conditions, not in conflict with this order shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **November 1, 2016**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE