# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
FEB 14 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America <br> vs. <br> David Khacho | Case No. <br> 1:16-CR-00074-1 |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____David Khacho_____, have discussed with _____Ryan Beckwith_____, Supervising Pretrial Officer, modifications of my release conditions as follows:

To remove the following condition: You must participate in the following location monitoring program component and abide by all of the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; CURFEW: you must remain inside your residence every day from 2100 to 0600, or as adjusted by the pretrial services officer for medical, religious services, employment or court ordered obligations.

All other conditions of release, not in conflict with this condition, shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____[signature]_____   2/13/17           _____[signature]_____   2/13/17
Signature of Defendant    Date              Pretrial Services Officer   Date
David Khacho                                 Ryan Beckwith

I have reviewed the conditions and concur that this modification is appropriate.

_____[signature]_____                                              2/13/17
Signature of Assistant United States Attorney                       Date
Melanie Alsworth

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____[signature]_____   1/13/17
Signature of Defense Counsel    Date
Marc Days

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on _____2/14/17_____.
☐ The above modification of conditions of release is *not* ordered.

_____[signature]_____                                              2/14/17
Signature of Judicial Officer                                       Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services