| 1  | **ANTHONY P. CAPOZZI, CSBN: 068525** |
|    | **LAW OFFICES OF ANTHONY P. CAPOZZI** |
| 2  | 1233 W. SHAW AVE., SUITE 102 |
|    | FRESNO, CALIFORNIA 93711 |
| 3  | PHONE: (559) 221-0200 |
|    | FAX: (559) 221-7997 |
| 4  | EMAIL: Anthony@capozzilawoffices.com |
|    | www.capozzilawoffices.com |

ATTORNEY FOR Defendant,
DAVID KHACHO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| UNITED STATES OF AMERICA, | Case No.: 1:16-CR-00074 LJO-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |
| v. | |
| DAVID KHACHO, | **Date: February 26, 2018** |
| Defendant | **Time: 9:30 a.m.** |
| | **Hon. Lawrence J. O'Neill** |

IT IS HEREBY STIPULATED by the parties hereto, through their respective attorneys of record, that the Change of Plea set for February 26, 2018, at 9:30 a.m. be continued to **March 12, 2018, at 9:30 a.m.**

Good cause exists for this request, by both parties, to continue this matter. Counsel needs additional time for continued negotiations and investigations.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 26, 2018, through March 12, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis

of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: February 22, 2018  By: */s/Melanie L. Alsworth*
MELANIE L. ALSWORTH
Assistant United States Attorney

DATED: February 22, 2018  By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant DAVID KHACHO

**ORDER**

Good cause having been shown, the Change of Plea hearing currently set for February 26, 2018, at 9:30 a.m. is continued to **March 12, 2018, at 9:30 a.m.** Time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **February 22, 2018**        **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE