**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
DAVID KHACHO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DAVID KHACHO,<br><br>   Defendant | Case No.: 1:16-CR-00074 LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING**<br><br>**Date: March 12, 2018**<br>**Time: 9:30 a.m.**<br>**Hon. Lawrence J. O'Neill** |

IT IS HEREBY STIPULATED by the parties hereto, through their respective attorneys of record, that the Change of Plea set for March 12, 2018, at 9:30 a.m. be continued to **March 26, 2018, at 9:30 a.m.**

Good cause exists for this request, by both parties, to continue this matter. Defense counsel needs additional time as there was a death in the family and he will be out of the state on March 12, 2018. Further, additional time is needed for the defense to review discovery in preparation for the Defendant's plea of guilty.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 12, 2018, through March

26, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Further said continuance allows the defense reasonable time necessary for effective preparation to prepare for the next court appearance.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: March 7, 2018 By: */s/Laura Withers*
LAURA WITHERS
Assistant United States Attorney

DATED: March 7, 2018 By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant DAVID KHACHO

## **ORDER**

Good cause having been shown, the Change of Plea hearing currently set for March 12, 2018, at 9:30 a.m. is continued to **March 26, 2018, at 9:30 a.m.** Time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).
IT IS SO ORDERED.

Dated: **March 7, 2018**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE