**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
DAVID KHACHO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID KHACHO,<br><br>Defendant. | Case No.: 1:16-CR-00074 LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>Date: June 18, 2018<br>Time: 9:30 a.m.<br>Hon. Lawrence J. O'Neill |

Defendant, David Khacho, by and through his attorney of record, Anthony P. Capozzi, and the United States Attorney by and through Laura Withers and Melanie Alsworth, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 18, 2018, at 9:30 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **July 9, 2018, at 9:30 a.m.**

3. The parties request that the Court find the following:

    a. The Defendant pled guilty on March 26, 2018.

    b. Defense counsel had to fly back to Mississippi on April 20, 2018. Before

leaving he scheduled the Presentence Investigation Report interview between probation and the Defendant for May 9, 2018.

      c.      The Government does not object to this continuance.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: April 23, 2018      By: */s/Laura Withers*
    LAURA WITHERS
    Assistant United States Attorney

DATED: April 23, 2018      By: */s/Anthony P. Capozzi*
    ANTHONY P. CAPOZZI
    Attorney for Defendant DAVID KHACHO

## **ORDER**

Good cause having been shown, the Sentencing hearing currently set for June 18, 2018, at 9:30 a.m. is continued to **July 9, 2018, at 9:30 a.m.** Time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **April 26, 2018**          **/s/ Lawrence J. O'Neill**
        UNITED STATES CHIEF DISTRICT JUDGE