**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
DAVID KHACHO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br><br> DAVID KHACHO, <br><br> Defendant. | Case No.: 1:16-CR-00074 LJO-SKO <br><br> **MOTION TO CONTINUE SENTENCING; ORDER OF DENIAL** <br><br> **Date: August 13, 2018** <br> **Time: 9:30 a.m.** <br> **Court: 4** |

Defendant, David Khacho, by and through his attorney of record, Anthony P. Capozzi, requests a continuance of the sentencing currently scheduled for August 13, 2018, at 9:30 a.m.

Said request is based on the Declaration of Anthony P. Capozzi.

**DECLARATION OF ANTHONY P. CAPOZZI**

I, ANTHONY P. CAPOZZI, DECLARE:

1. The Defendant was indicted on May 12, 2016.

2. This case involves the sale of Methamphetamine on three different occasions in April 2016.

3. Defense counsel substituted in on November 27, 2017.

4. On March 26, 2018, the Defendant pled guilty to all counts.

5. On May 14, 2018, the Defendant was interviewed along with his attorney by Probation Officer Megan Pascual.

6. Sentencing was set for June 18, 2018, and continued once to July 9, 2018, at the request of defense counsel.

7. Since that time this attorney has met with the Defendant and his family requesting letters, documents, and other related materials.

8. The Defendant's father has been very helpful in collecting information, however he was out of the country until the beginning of July 2018. As a result sentencing was continued to August 13, 2018.

9. On July 18, 2018, this attorney under-went surgery and has been slow to recover.

10. This attorney has resumed full-time status on or about August 6, 2018.

11. On August 6, 2018, at 4:32 p.m., the US Attorney's office emailed this office 29 pages of supplemental discovery.

12. This attorney contacted Assistant US Attorneys Melanie Alsworth and Laura Withers, who have rejected a request to continue the August 13, 2018, sentencing.

13. Defense counsel respectfully requests that the sentencing hearing currently set for August 13, 2018, be continued to September 10, 2018, at 9:30 a.m., so that he may meet with the Defendant to prepare for the sentencing hearing and review the new discovery which was emailed on August 6, 2018. Without this continuance the defense cannot be prepared for sentencing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 8th day of August 2018, at Fresno, California.

Respectfully submitted,

By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant DAVID KHACHO

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The court has reviewed and considered the motion to continue the sentencing in this |
| 3 | case. Based on what the Defendant is now facing for a sentence, coupled with the alleged |
| 4 | recent activity indicated in the Government submissions for sentencing purposes, and |
| 5 | considering that the Plaintiff is out on bond pending sentencing, in the interests of community |
| 6 | safety the request is DENIED. |

IT IS SO ORDERED.

Dated: **August 9, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE