JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
Fax: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
DAVID KHACHO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID KHACHO,<br><br>Defendant. | No. 2:16-CR-00074-LJO<br><br>**ORDER TO SEAL DOCUMENTS** |
|---|---|

    Upon application of the defendant David Khacho, through counsel, and good cause being show as set forth in defendant's notice of request to seal and request to seal,

    IT IS HEREBY ORDERED that Exhibit 5 to defendant's October 2, 2020 motion to reduce sentence shall be SEALED until ordered unsealed by the Court.

IT IS SO ORDERED.

Dated:  **October 5, 2020**                                      _/s/ Dale A. Drozd_
                                                                                   UNITED STATES DISTRICT JUDGE